**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:11-CV-202-FDW-DSC**

WILLETTE PAULINE OXNER,

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　ORDER GRANTING MOTION
　　　　　　　　　　　　　　　　　　　　　　TO ADMIT
RAMON AGUILAR MONLINA, et. al.,　　COUNSEL PRO HAC VICE

    Defendant.

    **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Myron K. Allenstein]"(document #16). For the reasons set forth therein, the Motion will be **GRANTED**.

    <u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure</u>.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

    **SO ORDERED**.

    Signed: May 18, 2011

_____
David S. Cayer
United States Magistrate Judge